**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| GINNETH COLLAZOS and<br>MATIAS HERNANDEZ, on behalf<br>Of themselves, Individually, and all<br>other persons similarly situated, | : <br> : <br> : <br> : <br> : | |
| Plaintiffs, | : <br> : | CIVIL ACTION |
| v. | : <br> : | NO. 2:25-cv-01301-JXN-MAH |
| KERRIGAN GROUP ASSOCIATES,<br>LLC d/b/a LAS PALMAS RESTAURANT,<br>ARIEL CARTAGENA and OLGA<br>CARTAGENA, | : <br> : <br> : <br> : <br> : | |
| Defendants. | : | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that Defendant, Kerrigan Group Associates, LLC d/b/a Las Palmas Restaurant, is a non-governmental corporation and that does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Dated: April 28, 2025
        Hackensack, New Jersey

                        **KAUFMAN DOLOWICH LLP**

By:     _____
                        Iram P. Valentin, Esq.
                        Keith Gutstein, Esq.
                        Kaitlin R. Principato, Esq.
                        25 Main Street, Suite 500
                        Hackensack, NJ 07601
                        Phone: (201) 708-8233
                        *Attorneys for Defendants, Kerrigan Group
                        Associates, LLC d/b/a Las Palmas*

1

2

*Restaurant, Ariel Cartagena and Olga Cartagena*

CC:    All Counsel of Record (*via ECF*)