

Peter A. Romero, Esq.

David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

April 24, 2026

**_VIA ECF_**
Hon. Michael A. Hammer
United States Magistrate Judge
United States District Court
50 Walnut Street
Newark, New Jersey 07102

   Re: *Ginneth Collazos, et al. v. Kerrigan Group Associates, LLC, et al.*
     <u>Docket No. 25-cv-01301 (JXN) (MAH)</u>

Dear Judge Hammer:

   This firm represents Plaintiffs Ginneth Collazos and Matias Hernandez (collectively as "Plaintiffs") in this matter against Defendants Kerrigan Group Associates, LLC d/b/a Las Palmas Restaurant, Ariel Cartagena, and Olga Cartagena (collectively as "Defendants") for alleged violations of the Fair Labor Standards Act ("FLSA"), New Jersey Wage and Hour Law ("NJWHL"), and New Jersey Wage Payment Law ("NJWPL"). Your Honor entered an order directing the parties to confer regarding mediation and provide a status report by today. Plaintiff writes in accordance with that order.

   As discussed in prior letters, D.E. 20, 25, 27, Plaintiffs explained that the parties have executed a terms sheet at mediation outlining a potential settlement that would resolve Plaintiffs' wage claims on behalf of themselves and the putative Class Members. If the parties are able consummate this settlement in a formal settlement agreement, then the parties will then be required to seek preliminary approval from the Court of the proposed class action settlement agreement and certification of the putative class for settlement purposes, pursuant to Fed. R. Civ. P. 23.

   However, since the parties' mediation, Plaintiffs have expressed that they do not wish to abide by the terms in the parties' settlement term sheet that was drafted after a full-day mediation. In prior letters, Plaintiffs requested that an in-person conference be scheduled with the Court to discuss the parties' proposed settlement. D.E. 24-25, 27. The Court declined to schedule an in-person conference and directed the parties to instead consider mediation. D.E. 26, 28.

   Since the Court's order, we have engaged in multiple communications with Plaintiffs regarding this matter and their options for how to proceed, including our advice regarding the class action settlement memorialized in the parties' terms sheet. Just this week, Plaintiffs both expressed an interest in returning to private mediation to explore a

settlement.  Plaintiffs' counsel is continuing to confer with Plaintiffs regarding what their goals would be during mediation to determine if a mediation could potentially be fruitful. Once Plaintiff's clarify their goals, Plaintiffs' counsel intends to confer with Defendants regarding whether they would consent to return to mediation.

Accordingly, Plaintiffs request that they be permitted to submit an additional status report in two weeks to permit these ongoing discussions to continue and reach a conclusion.

Respectfully submitted,

_/S/ David D. Barnhorn, Esq.__
DAVID D. BARNHORN, ESQ.

C:  All Counsel of Record